```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY BONETSKY,                    :    CIVIL ACTION
                                   :    NO. 13-3132
                                   :
     v.                            :
                                   :
TABB BICKELL, Et AL.,              :
                                   :
```

### O R D E R

**AND NOW,** this 24th day of **October, 2013,** upon review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 11), it is **ORDERED** as follows:

(1) the Report and Recommendation is **APPROVED** and **ADOPTED;**[1]

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice;**

(3) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b). No objections were filed in this case.